UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Francis G. HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> Kevin CHAPPELL, Acting Warden of San Quentin State Prison, <br><br> Respondent. | Case Number 3-12-cv-3772-RS <br><br> DEATH-PENALTY CASE <br><br> ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

Petitioner was convicted and sentenced to death in Los Angeles Superior Court. (Doc. No. 1-1 at 3.) This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. Civ. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. *See* N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: July 19, 2012

RICHARD SEEBORG
United States District Judge

Case No. 3-12-cv-3772-RS
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)