UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Francis G. HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>Kevin CHAPPELL, Acting Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case Number 3-12-cv-3772-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

Petitioner was convicted and sentenced to death in Los Angeles Superior Court. (Doc. No. 1-1 at 3.) This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. Civ. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. *See* N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 3-12-cv-3772-RS
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)